**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. 4:23-cv-00834-JM

Jury Trial: ☑ Yes ☐ No
(Check One)

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: Elliott Finch Sr
   ADC # _____

   Address: 3201 W. Roosevelt RD, Little Rock AR 72206

   Name of plaintiff: _____
   ADC # _____

   Address: _____

   This case assigned to District Judge Moody
   Name of plaintiff: _____   and to Magistrate Judge Harris
   ADC # _____

   Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: Terri Hollingsworth
   Position: Clerk (Pulaski County Circuit Court)
   Place of employment: Pulaski County Circuit Court office
   Address: 401 W. Markham St. STE 120 Little Rock AR P.O.Box 3497 72201

   Name of defendant: Eric Higgins
   Position: Sheriff

-4-

Place of employment: Pulaski County Jail

Address: 3201 W. Roosevelt RD

Name of defendant: Leslie Rutledge-Tim Griffin/State of Arkansas

Position: Attorney General

Place of employment: Attorney General Office

Address: 323 Center Street, STE 200 Little Rock AR 72201

Name of defendant: Jeanna Sherrill/ Jayme Butts-Hall

Position: Prosecuting Attorney

Place of employment: Prosecuting Attorney office

Address: 224 S. Spring St. Little Rock AR 72201

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

-5-

      ☐    Court (if federal court, name the district; if state court, name the county):

      _____

      ☐    Docket Number: _____

      ☐    Name of judge to whom case was assigned: _____

      ☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

      ☐    Approximate date of filing lawsuit: _____

      ☐    Approximate date of disposition: _____

IV.    Place of present confinement: _____

_____

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

    _____ in jail and still awaiting trial on pending criminal charges

    __✓__ serving a sentence as a result of a judgment of conviction

    _____ in jail for other reasons (e.g., alleged probation violation, etc.)
          explain: _____

          _____

VI.    The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

    A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

          Yes _____    No __✓__

    B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

-6-

Yes _____  No ✓

If not, why? _____

_____

VII. Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

The plaintiff Elliott Finch Jr was arrested on August 23, 2013 and charged by felony information in Pulaski County Circuit Court 1st Division with Kidnapping, Agg Residential Burglary, Poss of firearms by certain person, Agg Assault on a Family or Household Member and Terroristic Threating in the 1st Degree and later found guilty on all charges except Kidnapping which resulting in a mistrial and never tried on the Poss of firearm charge which was severed On June 4, 2018 the Kidnapping and Firearm charge was nolle pros against the plaintiff The plaintiff filed a Direct appeal after conviction which was affirmed on 4-25-18. The plaintiff afterward filed a Federal Habeas petition which was granted

See attached

-7-

On June 11, 2019 by amended order there for vacating his conviction Directing the State of Arkansas to within 30 days release plaintiff or commence new criminal proceedings then afterwards the State of Arkansas appealed to the 8th Circuit Court of Appeal in which affirmed the District Court Decision on December 18, 2020 and mandate issued on 1-8-21. On 1-15-21 Pulaski County Circuit Clerk Terri Hollingsworth issued a arrest warrant for the same charges plaintiff was serving a sentence for plus the charges nolle pros in the original proceedings on June 4, 2018 violating the plaintiff 4th Amendment Right with no copy of the information attached or affidavit supporting issuance which no warrant shall issue but upon probable cause supported by oath or affirmation which is illegal for a clerk to issue an warrant unless probable cause determination has been made by a neutral and detached magistrate. That on 1-27-21 the plaintiff was arrested by Pulaski County Sheriff Deputy Morgan Clark at the Varner Unit and transported back to the Pulaski County Jail and since been illegal detained

8

against his federal civil rights. The state of Arkansas represented by prosecuting attorney Jayme Butts-Hall and Jeanna Sherrill are and continuing violating Mr. Finch constitutional rights by continue pursew charges against him that were nolle pros and never recharged or refiled against him and currently being held at at liberty resulting in cruel and unusally punishment. That Mr. Finch original conviction was declared invalid and vacated by 2254 Federal habeas corpus on June 11, 2019 (Finch v Kelley 5:18CV00128 BRW/PSH)

Mandate by the Eighth Circuit on January 8, 2021. Mr. Finch right to represent himself a clearly established federal law was violated as the District court adopted. The defendant's have pursewed a malicious prosecution. And purposely continuing to prosecute outside the statue of limitations for the charge which was are forever time-barred In which the plaintiff seeks general damages, compensation for arrest or imprisonment, damages for discomfort loss of time, deprivation of society and punitive damages. And unlawfall conviction or imprisonment. The state of Arkansas and Federal Constitution require you be charged by Indictment or Information which was not done

9.

That on November 29-30 2016 prosecuting attorney Jeanna Sherrill tamper with physical evidence at plaintiff trial that was now expected to play major role in the plaintiff case but now is unuseable by her actions and cant be tested. Exculpatory Evidence to prove his innocence. That the defendants have acted under color of state law, engaged in an unlawful, unreasonable, and arbitrary against his constitutional rights and ask for injunctive relief and release from custody in this action. Which he raise claims of unconstitional treatment at the hands of state officials have violated his due process rights and seeks $1,000,000 in damages.

10

## VIII. Relief

<u>State briefly exactly what you want the court to do for you.</u> Make no legal arguments. Cite no cases or statutes.

award $1,000,000 In damages to plaintiff and any other relief the court seems fit

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this __4__ day of __September__, 20__23__.

Elliott Hind Sr

_____
Signature(s) of plaintiff(s)

Elliott Finch Jr. #187789
P.C.R.D.F.
3201 W. Roosevelt RD.
Little Rock, AR
72206

U.S. District Court
(Clerk office)
600 W. Capitol AVENUE STE A-149
Little Rock, AR
72201-3325

(Legal Mail)