## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ELLIOTT FINCH, JR.**                                                      **PLAINTIFF**
**ADC #114470**

**V.**                          **CASE NO. 4:23-cv-834 JM**

**TERRI HOLLINGSWORTH, Clerk**
**Pulaski County Circuit Court,** *et al*                    **DEFENDANTS**

### AMENDED ORDER

Elliot Finch's status report (Doc. 13) is appreciated. He reports his state case remains ongoing. Finch may file a motion to reopen this case after final disposition of his state criminal charges, including any appeal, and may then seek to amend his complaint. Finch must file a status report by **October 30, 2026**, to let the Court know the status of his state criminal case, including that status of any appeal. Failure to file a status report by **October 30, 2026,** will result in the Court dismissing his case without prejudice for failure to prosecute.

IT IS SO ORDERED this 23rd day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE